**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>SANTIAGO DELGADO<br>MARIA CARMEN DELGADO<br>        Debtor(s) | Case No. 14-37991 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/20/2014.

2) The plan was confirmed on 12/31/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 02/08/2016.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,874.00 |
| Less amount refunded to debtor | $178.00 |

**NET RECEIPTS:**       **$5,696.00**

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,851.87 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $238.77 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**       **$3,090.64**

Attorney fees paid and disclosed by debtor:       $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 954.00 | 295.51 | 295.51 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 579.63 | 579.63 | 0.00 | 0.00 |
| APPLIED CARD BANK | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 2,062.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility | Unsecured | 1,802.00 | 1,802.35 | 1,802.35 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 268.00 | 268.06 | 268.06 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 581.00 | 581.61 | 581.61 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 11,769.00 | NA | 18,455.00 | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Secured | 6,325.00 | 24,780.00 | 6,325.00 | 2,319.95 | 285.41 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 638.00 | 638.38 | 638.38 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 206.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS SURGICAL FOUNDATION | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,193.00 | 1,881.00 | 1,881.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 188.00 | NA | NA | 0.00 | 0.00 |
| COMCAST N CENTRAL DIVISION | Unsecured | 340.00 | NA | NA | 0.00 | 0.00 |
| COMCAST N CENTRAL DIVISION | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,214.00 | 2,202.27 | 2,202.27 | 0.00 | 0.00 |
| DEAN M SCHACHT DDS LTD | Unsecured | 128.00 | 129.87 | 129.87 | 0.00 | 0.00 |
| DIRECTV LLC | Unsecured | 405.00 | 405.89 | 405.89 | 0.00 | 0.00 |
| DJR GROUP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ENH MEICAL EVANSTON NW HEALT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ER SOLUTIONS INC | Unsecured | 3,771.00 | NA | NA | 0.00 | 0.00 |
| ERC/DIRECTV INC. | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| EVANSTON NW HEALTHCARE | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| FEDERAL LOAN SERVICES | Unsecured | 16,875.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 732.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 532.00 | NA | NA | 0.00 | 0.00 |
| GENEVA ROTH CAPITAL | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 1,548.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 3,429.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | NA | 1,355.61 | 1,355.61 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,150.00 | 959.60 | 959.60 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 194.50 | 194.50 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 18.17 | 18.17 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 467.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,795.00 | 4,298.61 | 4,298.61 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,285.00 | NA | NA | 0.00 | 0.00 |
| KEYNOTE CONSULTING | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,608.00 | 2,607.23 | 2,607.23 | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 1,950.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 814.77 | 814.77 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,494.00 | 2,013.98 | 2,013.98 | 0.00 | 0.00 |
| NCO Financial/55 | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 1,766.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 248.00 | 1,121.65 | 1,121.65 | 0.00 | 0.00 |
| Pioneer | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 1,259.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 923.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 914.00 | NA | NA | 0.00 | 0.00 |
| Roundup Funding LLC | Unsecured | 911.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,385.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 718.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 803.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 993.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE | Unsecured | 895.00 | NA | NA | 0.00 | 0.00 |
| TUITION MANAGEMENT SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED FEDLOAN | Unsecured | 26,041.00 | 44,745.30 | 44,745.30 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VICTORY MEMORIAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON CREDIT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WAUKEGAN PUBLIC LIBRARY | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,325.00 | $2,319.95 | $285.41 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$6,325.00** | **$2,319.95** | **$285.41** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,258.21 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$5,258.21** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$81,140.78** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,090.64 |
| Disbursements to Creditors | $2,605.36 |
| | |
| **TOTAL DISBURSEMENTS** : | **$5,696.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/23/2016          By: /s/ Tom Vaughn _____
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**